# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

145612-3 & (132)(133)(134)(138)(139)
145622-3 & (132)(133)(134)(138)(139)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

MEGAN SMITH, NICOLE KELLY,
ROSHAWNDA WILLIAMS, and NICOLE
JOHNSON,
          Plaintiffs-Appellees,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
          Defendant-Appellant.

SC: 145612-3
COA: 309447, 309894
Genesee CC: 11-097052-CZ

_____/

MEGAN SMITH, NICOLE KELLY,
ROSHAWNDA WILLIAMS, and NICOLE
JOHNSON,
          Plaintiffs-Appellants,

v

DEPARTMENT OF HUMAN SERVICES
DIRECTOR,
          Defendant-Appellee.

SC: 145622-3
COA: 309447, 309894
Genesee CC: 11-097052-CZ

_____/

On order of the Court, the motions to file supplemental authority, to file a reply brief, and for immediate consideration are GRANTED. On November 15, 2012, the Court heard oral argument on the applications for leave to appeal the June 26, 2012 judgment of the Court of Appeals. Subsequently, the Legislature passed, and the Governor signed, 2012 PA 607, which amends MCL 400.57a and specifies additional limitations on the defendant to provide family independence program assistance. The defendant has now moved this Court to authorize compliance with the newly enacted § 57a, regardless of any potential conflict between that statute and the March 27, 2012 and April 10, 2012 orders of the Genesee Circuit Court. Pursuant to MCR 7.316(A)(7),

the defendant's motion is GRANTED. We VACATE the provisions of the circuit court orders and the Court of Appeals judgment to the extent that they conflict with the requirements of § 57a. In granting the defendant's motion, we make no statement as to the meaning, validity, or effect of 2012 PA 607. We further DIRECT the parties to file supplemental briefs within 21 days of the date of this order, addressing whether any remaining questions regarding the defendant's actions prior to enactment of 2012 PA 607 are rendered moot in light of 2012 PA 607.

We retain jurisdiction.

MCCORMACK, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

t0122